Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                    Case No.: 17−25840−VFP
                                    Chapter: 13
                                    Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Johnny Sanchez
   629 Meadow Street
   Roselle, NJ 07203

Social Security No.:
   xxx−xx−5696

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Vincent F. Papalia on:

Date:       11/16/17
Time:      02:00 PM
Location:   Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

     The following applications for compensation have been filed:

APPLICANT(S)
Mark Goldman,
Attorney for Debtor

COMMISSION OR FEES
$3,388.23

EXPENSES
0

Creditors may be heard before the applications are determined.

     In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: October 27, 2017
JAN:

Jeanne Naughton
Clerk

```
                               United States Bankruptcy Court
                                    District of New Jersey
In re:                                                             Case No. 17-25840-VFP
Johnny Sanchez                                                     Chapter 13
         Debtor                 CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin                  Page 1 of 2                  Date Rcvd: Oct 27, 2017
                              Form ID: 137                 Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 29, 2017.
db             +Johnny Sanchez,    629 Meadow Street,    Roselle, NJ 07203-1513
516983677     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bk Of Amer,     Po Box 982238,    El Paso, TX 79998)
516983678      +Branch Brook Gardens,    c/o National Credit Systems,    PO Box 312125,    Atlanta, GA 31131-2125
516983680     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court: Capital One,     15000 Capital One Dr,    Richmond, VA 23238)
516983679      +Capital One,    Attn: Bankruptcy,    Po Box 30253,    Salt Lake City, UT 84130-0253
517110456       Capital One Bank (USA), N.A.,     PO Box 71083,    Charlotte, NC 28272-1083
516983685      +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
516983683       First Premier Bank,    601 S Minneaplois Ave,    Dious FDalls, SD 57104
516983695      +State of New Jersey,    Division of Taxation,    50 Barrack Street,    P.O. Box 269,
                 Trenton, NJ 08602-0269
516983700     ++TOYOTA MOTOR CREDIT CORPORATION,     PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Motor Credit Co,     4 Gatehall Dr Ste 350,
                 Parsippany, NJ 07054)
517130621      +Toyota Motor Credit Corporation,     PO Box 9013,    Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 27 2017 23:27:03     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 27 2017 23:27:00     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/Text: bnc@atlasacq.com Oct 27 2017 23:26:24     ATLAS ACQUISITIONS LLC,    294 Union St.,
                 Attn: Avi Schild,    Hackensack, NJ 07601-4303
517112640      +E-mail/Text: bnc@atlasacq.com Oct 27 2017 23:26:24     Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
516983681      +E-mail/Text: bnc-bluestem@quantum3group.com Oct 27 2017 23:27:45     Fingerhut,
                 6250 Ridgewood Rd,    St Cloud, MN 56303-0820
516983682      +E-mail/Text: bnc-bluestem@quantum3group.com Oct 27 2017 23:27:45     Fingerhut,
                 6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
516983687       E-mail/Text: cio.bncmail@irs.gov Oct 27 2017 23:26:36     Internal Revenue Service,
                 P.O. Box 21126,    Philadelphia, PA 19114-0326
516983688      +E-mail/Text: bankruptcydpt@mcmcg.com Oct 27 2017 23:27:00     Midland Credit Management,
                 8875 Aero Drive, Ste. 200,    San Diego, CA 92123-2255
516983689       E-mail/Text: bankruptcydpt@mcmcg.com Oct 27 2017 23:27:00     Midland Credit Management LLC,
                 PO Box 60578,    Los Angeles, CA 90060-0578
516983690      +E-mail/Text: bankruptcydpt@mcmcg.com Oct 27 2017 23:27:00     Midland Credit Management LLC,
                 PO Box 2011,    Warren, MI 48090-2011
516983691      +E-mail/Text: bankruptcydpt@mcmcg.com Oct 27 2017 23:27:00     Midland Funding,    8875 Aero Dr,
                 San Diego, CA 92123-2255
516983693       E-mail/Text: bankruptcypgl@plaingreenloans.com Oct 27 2017 23:27:32     Plain Green Loans,
                 93 Mack Road Suite 600,    Box Elder, MT 59521
516983692      +E-mail/Text: bankruptcypgl@plaingreenloans.com Oct 27 2017 23:27:32     Plain Green Loans,
                 93 Mack Rd Ste 600,    Po Box 270,    Box Elder, MT 59521-0270
516983694      +E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 27 2017 23:27:15     Premier Bank,
                 c/o Jefferson Capital Systems,    PO Box 7999,    Saint Cloud, MN 56302-7999
517142330      +E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 27 2017 23:27:15     Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,     Po Box 7999,    Saint Cloud Mn 56302-7999
516983696      +E-mail/PDF: gecsedi@recoverycorp.com Oct 27 2017 23:29:29     Synchrony Bank/ JC Penneys,
                 Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
516983697      +E-mail/PDF: gecsedi@recoverycorp.com Oct 27 2017 23:29:29     Synchrony Bank/ JC Penneys,
                 Po Box 965007,    Orlando, FL 32896-5007
                                                                                              TOTAL: 17

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516983686*     +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
516983684*      First Premier Bank,    601 S Minneaplois Ave,    Dious FDalls, SD 57104
516983701*    ++TOYOTA MOTOR CREDIT CORPORATION,     PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Motor Credit Co,     4 Gatehall Dr Ste 350,
                 Parsippany, NJ 07054)
516983698*    ++TOYOTA MOTOR CREDIT CORPORATION,     PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Motor Credit Co,     Toyota Financial Services,    Po Box 8026,
                 Cedar Rapids, IA 52408)
516983699*    ++TOYOTA MOTOR CREDIT CORPORATION,     PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Motor Credit Co,     Toyota Financial Services,    Po Box 8026,
                 Cedar Rapids, IA 52408)
516983676     ##Bergen County Probation,    Child Support Enforcement,    133 River Street,
                 Hackensack, NJ 07601-7196
                                                                                    TOTALS: 0, * 5, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0312-2          User: admin              Page 2 of 2            Date Rcvd: Oct 27, 2017
                              Form ID: 137             Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2017                                      Signature:  /s/Joseph Speetjens

_____

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 25, 2017 at the address(es) listed below:
         David G. Beslow    on behalf of Debtor Johnny  Sanchez yrodriguez@goldmanlaw.org,
          yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
         Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
          dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
         Marie-Ann  Greenberg     magecf@magtrustee.com
         Mark  Goldman    on behalf of Debtor Johnny  Sanchez yrodriguez@goldmanlaw.org,
          yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
         Rebecca Ann Solarz    on behalf of Creditor   Toyota Motor Credit Corporation
          rsolarz@kmllawgroup.com
         U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                                           TOTAL: 6