UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

GOLDMAN & BESLOW, LLC
Attorneys at Law
7 Glenwood Avenue
Suite 311B
East Orange, New Jersey 07017
(973) 677-9000 (phone)
(973) 675-5886 (fax)

David G. Beslow, Esq. DGB-5300
Attorney for Debtor, Johnny Sanchez

In Re:

JOHNNY SANCHEZ

Case No.: 17-25840
Judge: VFP
Chapter: 13

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following (**choose one**):

1. ☐ Motion for Relief from the Automatic Stay filed by _____, creditor,

   A hearing has been scheduled for _____, at _____.

   ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

   A hearing has been scheduled for _____, at _____.

   ☒ Certification of Default filed by _____Chapter 13 Trustee_____,

   I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons (**choose one**):

   ☐ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

☒ **Other (explain your answer):**
This office represents the Debtor, who was unable to appear in our office prior to the deadline to file opposition. We respectfully request that the Court schedule a hearing. The Debtor paid $749 on May 2, 2019 and has paid $13429 since filing bankruptcy on August 4, 2017. We will continue to request that the Debtor formally propose a cure for the remaining 2 months owed through May 2019.

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: May 23, 2019

/S/ David G. Beslow, Esq.
Debtor's Signature

Date: _____

_____
Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*