Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                                Case No.: 17−25840−VFP
                                                Chapter: 13
                                                Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Johnny Sanchez
   629 Meadow Street
   Roselle, NJ 07203

Social Security No.:
   xxx−xx−5696

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Vincent F. Papalia on:

Date:       8/6/20
Time:      02:00 PM
Location:   Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Mark Goldman,

COMMISSION OR FEES
$1600.00

EXPENSES
$0.00

If this is a chapter 13 case, the fees and expenses awarded:

      ☐    will not reduce the amount to be paid to general unsecured creditors under the plan.

      ☐    will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

    An appearance is not required on an application for compensation unless an objection is filed.

Dated: July 2, 2020
JAN:

                                            Jeanne Naughton
                                            Clerk

```
                             United States Bankruptcy Court
                                   District of New Jersey

In re:                                                               Case No. 17-25840-VFP
Johnny Sanchez                                                       Chapter 13
        Debtor
                                     CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin                  Page 1 of 2                  Date Rcvd: Jul 02, 2020
                              Form ID: 137                 Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 04, 2020.
db             +Johnny Sanchez,    629 Meadow Street,    Roselle, NJ 07203-1513
516983677      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bk Of Amer,    Po Box 982238,    El Paso, TX 79998)
516983676       Bergen County Probation,    Child Support Enforcement,    133 River Street,
                 Hackensack, NJ 07601-7196
516983685      +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
516983683       First Premier Bank,    601 S Minneaplois Ave,    Dious FDalls, SD 57104
516983695      +State of New Jersey,    Division of Taxation,    50 Barrack Street,    P.O. Box 269,
                 Trenton, NJ 08602-0269
516983700      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                 (address filed with court: Toyota Motor Credit Co,    4 Gatehall Dr Ste 350,
                 Parsippany, NJ 07054)
517130621      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 03 2020 01:40:49     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 03 2020 01:40:43     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/Text: bnc@atlasacq.com Jul 03 2020 01:39:46     ATLAS ACQUISITIONS LLC,    294 Union St.,
                 Attn: Avi Schild,   Hackensack, NJ 07601-4303
517112640      +E-mail/Text: bnc@atlasacq.com Jul 03 2020 01:39:46     Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
516983678      +E-mail/Text: bankruptcy@nationalcreditsystems.com Jul 03 2020 01:39:30     Branch Brook Gardens,
                 c/o National Credit Systems,    PO Box 312125,    Atlanta, GA 31131-2125
516983680       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 03 2020 01:37:24     Capital One,
                 15000 Capital One Dr,    Richmond, VA 23238
516983679      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 03 2020 01:38:33     Capital One,
                 Attn: Bankruptcy,   Po Box 30253,    Salt Lake City, UT 84130-0253
517110456       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 03 2020 01:37:54
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
516983681      +E-mail/Text: bnc-bluestem@quantum3group.com Jul 03 2020 01:41:31     Fingerhut,
                 6250 Ridgewood Rd,    St Cloud, MN 56303-0820
516983682      +E-mail/Text: bnc-bluestem@quantum3group.com Jul 03 2020 01:41:31     Fingerhut,
                 6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
516983687       E-mail/Text: sbse.cio.bnc.mail@irs.gov Jul 03 2020 01:40:06     Internal Revenue Service,
                 P.O. Box 21126,   Philadelphia, PA 19114-0326
517188301       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 03 2020 01:38:06
                 LVNV Funding, LLC its successors and assigns as,     assignee of Arrow Financial Services,,
                 LLC,   Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
516983688      +E-mail/Text: bankruptcydpt@mcmcg.com Jul 03 2020 01:40:43     Midland Credit Management,
                 8875 Aero Drive, Ste. 200,    San Diego, CA 92123-2255
516983689       E-mail/Text: bankruptcydpt@mcmcg.com Jul 03 2020 01:40:43     Midland Credit Management LLC,
                 PO Box 60578,   Los Angeles, CA 90060-0578
516983690      +E-mail/Text: bankruptcydpt@mcmcg.com Jul 03 2020 01:40:43     Midland Credit Management LLC,
                 PO Box 2011,   Warren, MI 48090-2011
516983691      +E-mail/Text: bankruptcydpt@mcmcg.com Jul 03 2020 01:40:43     Midland Funding,   8875 Aero Dr,
                 San Diego, CA 92123-2255
516983693       E-mail/Text: bankruptcypgl@plaingreenloans.com Jul 03 2020 01:41:24     Plain Green Loans,
                 93 Mack Road Suite 600,    Box Elder, MT 59521
516983692      +E-mail/Text: bankruptcypgl@plaingreenloans.com Jul 03 2020 01:41:24     Plain Green Loans,
                 93 Mack Rd Ste 600,    Po Box 270,   Box Elder, MT 59521-0270
516983694      +E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 03 2020 01:41:04     Premier Bank,
                 c/o Jefferson Capital Systems,    PO Box 7999,    Saint Cloud, MN 56302-7999
517142330      +E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 03 2020 01:41:05     Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
516983696      +E-mail/PDF: gecsedi@recoverycorp.com Jul 03 2020 01:37:43     Synchrony Bank/ JC Penneys,
                 Attn: Bankruptcy,   Po Box 956060,    Orlando, FL 32896-0001
516983697      +E-mail/PDF: gecsedi@recoverycorp.com Jul 03 2020 01:37:13     Synchrony Bank/ JC Penneys,
                 Po Box 965007,   Orlando, FL 32896-5007
                                                                                             TOTAL: 22

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517221612*     +Atlas Acquisitions LLC,    294 Union St.,    Hackensack, NJ 07601-4303
516983686*     +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
516983684*      First Premier Bank,    601 S Minneaplois Ave,    Dious FDalls, SD 57104
516983701*     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                 (address filed with court: Toyota Motor Credit Co,    4 Gatehall Dr Ste 350,
                 Parsippany, NJ 07054)
516983698*     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                 (address filed with court: Toyota Motor Credit Co,    Toyota Financial Services,    Po Box 8026,
                 Cedar Rapids, IA 52408)
```

```
District/off: 0312-2          User: admin              Page 2 of 2           Date Rcvd: Jul 02, 2020
                              Form ID: 137             Total Noticed: 30

            ***** BYPASSED RECIPIENTS (continued) *****
516983699*    ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
               (address filed with court:  Toyota Motor Credit Co,   Toyota Financial Services,   Po Box 8026,
                 Cedar Rapids, IA 52408)
                                                                                    TOTALS: 0, * 6, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 2, 2020 at the address(es) listed below:
          David G. Beslow    on behalf of Debtor Johnny  Sanchez yrodriguez@goldmanlaw.org,
           yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
          Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Mark  Goldman    on behalf of Debtor Johnny  Sanchez yrodriguez@goldmanlaw.org,
           yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
          Rebecca Ann Solarz    on behalf of Creditor   Toyota Motor Credit Corporation
           rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```