| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>GOLDMAN & BESLOW, LLC<br>Attorneys at Law<br>7 Glenwood Avenue - Suite 311B<br>East Orange, New Jersey   07017<br>(973)-677-9000<br>Mark Goldman #MG-8019<br>*Attorneys for Debtor(s), Johnny Sanchez* | Order Filed on August 12, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>**JOHNNY SANCHEZ,**<br><br>Debtor | Case No.: 17-25840<br><br>Chapter:   13<br><br>Judge:   VFP |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

DATED: August 12, 2020

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

Page:        2
Debtor(s):   Johnny Sanchez
Case No.:    17-25840/VFP

---

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED**, that Mark Goldman, Esq., the applicant, is allowed the sum of $1,600.00 for services rendered and expenses in the amount of $ 0.00 for a total of $1,600.00 of which $.00 has already been received by said attorney and of which the balance of $1,600.00 shall be paid by the Chapter 13 Standing Trustee. The allowance shall be payable:

   XX through the Chapter 13 Plan as an administrative priority.

   ___ outside the plan.

The debtor's monthly plan is modified to require a payment of $811.00 per month for 26 months starting July 2020 to allow for payment of the aforesaid fee and delinquent trustee payments.