UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

GOLDMAN & BESLOW, LLC
7 Glenwood Avenue, Ste. 311B
East Orange, New Jersey 07017
Phone: 973-677-9000

Mark Goldman, Esq. #MG-8019
Attorney for Debtors (s)

Order Filed on August 25, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In Re: | Case No.: 17-25840 |
| JOHNNY SANCHEZ | Chapter: 13 |
| | Judge: VFP |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following is **ORDERED**.

**DATED: August 25, 2020**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that Goldman & Beslow, LLC, the applicant, is allowed a fee of $1600.00 for services rendered and expenses in the amount of $ -0-    for a total of $1600.00 of which $-0- has already been received by said attorney and of which the balance of $1600.00. shall be paid by the Chapter 13 Standing Trustee.  The allowance shall be payable:

_____   through the Chapter 13 plan as an administrative priority.

XX   outside the plan.

The debtor's monthly plan is not modified to require an increased payment as this matter will be dismissed at confirmation.