UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

GOLDMAN & BESLOW LLC
Attorneys at Law
7 Glenwood Avenue
Suite 311B
East Orange, New Jersey 07017
(973) 677-9000 (phone)
(973) 675-5886 (fax)
David G. Beslow, Esq. DGB-5300

Attorney for Debtor, Johnny Sanchez

| | |
|---|---|
| In Re:<br><br>JOHNNY SANCHEZ | Case No.: __17-25840__<br>Judge: __VFP__<br>Chapter: 13 |

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☐ Motion for Relief from the Automatic Stay filed by _____,
   creditor,

   A hearing has been scheduled for _____, at _____.

   ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

   A hearing has been scheduled for _____, at _____.

   ☒ Certification of Default filed by _____Chapter 13 Trustee_____,

   I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

   ☐ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

☒ **Other (explain your answer):**
This office represents the Debtor, who was unable to appear in our office prior to the deadline to file opposition. However, the Debtor did become current with the Trustee by paying $749 on 8/28/20 and $749 on 9/3/20. Proof of this payment is attached. The Debtor now owes only the September 2020 payment. We respectfully request that the Court schedule a hearing on this matter.

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: <u>September 4, 2020</u>    <u>/S/ David G. Beslow, Esq.</u>
Debtor's Signature

Date: _____    _____
Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*

# Case Number 1725840

## Debtor Information

| | |
|---|---|
| Debtor 1 | JOHNNY SANCHEZ |
| Debtor 2 | |

## Trustee Information

| | |
|---|---|
| Trustee | Marie-Ann Greenberg |

**Status**

| | |
|---|---|
| Data Last Updated | Sep 03, 2020 |
| Total Paid into Plan | $26,162.00 |
| Petition Filed on | Aug 04, 2017 |

**Debtor's Latest Payments**

| | | |
|---|---|---|
| EPAY STANDARD PLAN PAYMENT | $749.00 | 09/03/2020 |
| EPAY STANDARD PLAN PAYMENT | $749.00 | 08/28/2020 |
| EPAY STANDARD PLAN PAYMENT | $749.00 | 07/06/2020 |

## CASE INFORMATION

| | | | | |
|---|---|---|---|---|
| Case Number | 1725840 | | Filing Fee in Plan | |
| Case Status | ACTIVE | | Filing Fee Paid to Date | |
| NDC Case Status | Active-Open | | Date Petition Filed | 08/04/2017 |
| Balance on Hand | $1,385.64 | | Date Plan Filed | 09/08/2017 |
| Last Receipt Date | 09/03/2020 | | First 341 Meeting Date | 09/26/2017 |
| Last Receipt Amount | $749.00 | | Date Case Confirmed | 11/08/2017 |
| Last Disbursement Date | 09/03/2020 | | Date Case Closed | |
| Total Paid into Plan | $26,162.00 | | | |
| Total Paid to all Parties | $24,776.36 | | | |
| Total Paid to Creditors | | | | |

**PAYMENT SCHEDULE** — Export

Additional Parties In Interest

## TRUSTEE INFORMATION

| | |
|---|---|
| Trustee Name | Marie-Ann Greenberg |
| Trustee City | Fairfield, NJ |
| Amount Paid to Date | $1,485.49 |

## JUDGE/ATTORNEY INFORMATION

| | |
|---|---|
| Judge Name | Vincent F. Papalia |
| Attorney Name | GOLDMAN & BESLOW, LLC |
| Attorney Fee in Plan | |
| Attorney Paid to Date | |
| Attorney Fee Paid Outside Plan | |

The values are estimates, please contact your Attorney with any questions.

**Total Delinquency Amt: $1,498.00**

## DEBTOR INFORMATION

| | | | |
|---|---|---|---|
| Debtor 1 | | Debtor 2 | |
| Debtor Name | JOHNNY SANCHEZ | Debtor Name | |
| AKA | | AKA | |
| Direct Payment Amt | $749.00 | Direct Payment Amt | |
| Direct Payment Frequency | MONTHLY | Direct Payment Frequency | |
| Payroll Deduction Amt | | Payroll Deduction Amt | |

Payroll Deduction Frequency

Payroll Deduction Frequency

| PERIOD | DATE (MONTH/YEAR) | PAYMENT DUE | PAYMENT RECEIVED | PAYMENT DEFERRED | AMOUNT DUE |
|---|---|---|---|---|---|
| 1 | 9/2017 | $700.00 | $0.00 | 0.00 | $700.00 |
| 2 | 10/2017 | $700.00 | $700.00 | 0.00 | $700.00 |
| 3 | 11/2017 | $705.00 | $0.00 | 0.00 | $1,405.00 |
| 4 | 12/2017 | $705.00 | $1,410.00 | 0.00 | $700.00 |
| 5 | 1/2018 | $705.00 | $0.00 | 0.00 | $1,405.00 |
| 6 | 2/2018 | $705.00 | $0.00 | 0.00 | $2,110.00 |
| 7 | 3/2018 | $705.00 | $1,000.00 | 0.00 | $1,815.00 |
| 8 | 4/2018 | $705.00 | $1,815.00 | 0.00 | $705.00 |
| 9 | 5/2018 | $705.00 | $0.00 | 0.00 | $1,410.00 |

## PLAN STEPS

## COURT DOCKET

## DOCUMENTS AND FILES

| START DATE | END DATE | NUMBER OF PAY PERIODS | PAYMENT AMOUNT | PAYMENT FREQUENCY |
|---|---|---|---|---|
| 09/01/2017 | 10/31/2017 | 2 | $700.00 | MONTHLY |
| 11/01/2017 | 02/28/2019 | 16 | $705.00 | MONTHLY |
| 03/01/2019 | 08/31/2022 | 42 | $749.00 | MONTHLY |