| | |
|---|---|
| **GOLDMAN & BESLOW, LLC**<br>Attorneys at Law<br>7 Glenwood Avenue – Suite 311B<br>East Orange, New Jersey 07017<br>Phone: 973-677-9000<br>Mark Goldman, Esq. #MG-8019<br>David G. Beslow, Esq. #DGB-5300<br><br>Attorney for Debtor, Johnny Sanchez<br><br>In Re:<br>    JOHNNY SANCHEZ | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Case No.  17-25840<br><br>Chapter 13<br><br>NOTICE TO CONVERT CHAPTER 13 PROCEEDING TO A CHAPTER 7 PROCEEDING PURSUANT TO RULE 1017(d) and 11 U.S.C. 1307(a) |

Johnny Sanchez the debtor herein, petitions the Court and says:

1. The debtor is eligible to be a debtor under Chapter 7 of the Bankruptcy Code and desires to convert this case under that Chapter.

2. This case has not previously been converted under 11 U.S.C. 706, 1112, or 1208.

**WHEREFORE**, debtor prays for relief under Chapter 7 of the Bankruptcy Code.

DATED: 11/9/21

DAVID G BESLOW, ESQ.
Attorney for Debtor

### VERIFICATION AND CONSENT

Johnny Sanchez the Petitioner named herein, certifies under penalty of perjury that the foregoing is true and correct. I consent to the conversion of this case to a case under Chapter 7 of the Bankruptcy Code and to adjudication thereof.

DATED: 11-09-2021

JOHNNY SANCHEZ
Debtor