## Information to identify the case:

| | | |
|---|---|---|
| Debtor 1 | **Johnny Sanchez**<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–5696<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–25840–VFP | |

# Order of Discharge                                                  12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Johnny Sanchez

3/11/22                                    **By the court:** <u>Vincent F. Papalia</u>
                                                            United States Bankruptcy Judge

---

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

Official Form 318 **Order of Discharge** page 2

United States Bankruptcy Court

District of New Jersey

In re:
Johnny Sanchez
    Debtor

Case No. 17-25840-VFP

Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2                User: admin                 Page 1 of 3

Date Rcvd: Mar 11, 2022           Form ID: 318               Total Noticed: 33

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Johnny Sanchez, 629 Meadow Street, Roselle, NJ 07203-1513 |
| 516983676 | | Bergen County Probation, Child Support Enforcement, 133 River Street, Hackensack, NJ 07601-7196 |
| 516983695 | + | State of New Jersey, Division of Taxation, 50 Barrack Street, P.O. Box 269, Trenton, NJ 08602-0269 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 11 2022 20:14:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 11 2022 20:14:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: AISACG.COM | Mar 12 2022 01:08:00 | AIS Portfolio Services, LP, Attn: Ally Capital Department, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | EDI: ATLASACQU | Mar 12 2022 01:08:00 | ATLAS ACQUISITIONS LLC, 492C Cedar Lane, Ste. 442, Teaneck, NJ 07666 |
| 517112640 | | EDI: ATLASACQU | Mar 12 2022 01:08:00 | Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |
| 519453397 | + | EDI: AISACG.COM | Mar 12 2022 01:08:00 | Ally Capital, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 516983677 | + | EDI: BANKAMER.COM | Mar 12 2022 01:08:00 | Bk Of Amer, Po Box 982238, El Paso, TX 79998-2238 |
| 516983678 | + | Email/Text: bankruptcy@nationalcreditsystems.com | Mar 11 2022 20:13:00 | Branch Brook Gardens, c/o National Credit Systems, PO Box 312125, Atlanta, GA 31131-2125 |
| 516983680 | | EDI: CAPITALONE.COM | Mar 12 2022 01:08:00 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 516983679 | + | EDI: CAPITALONE.COM | Mar 12 2022 01:08:00 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 517110456 | | EDI: CAPITALONE.COM | Mar 12 2022 01:08:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 516983681 | + | EDI: BLUESTEM | Mar 12 2022 01:08:00 | Fingerhut, 6250 Ridgewood Rd, St Cloud, MN 56303-0820 |
| 516983682 | + | EDI: BLUESTEM | Mar 12 2022 01:08:00 | Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 516983683 | | EDI: AMINFOFP.COM | Mar 12 2022 01:08:00 | First Premier Bank, 601 S Minneaplois Ave, Dious |

District/off: 0312-2    User: admin    Page 2 of 3

Date Rcvd: Mar 11, 2022    Form ID: 318    Total Noticed: 33

| | | | |
|---|---|---|---|
| | | | FDalls, SD 57104 |
| 516983685 | + EDI: AMINFOFP.COM | | |
| | | Mar 12 2022 01:08:00 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 516983687 | EDI: IRS.COM | | |
| | | Mar 12 2022 01:08:00 | Internal Revenue Service, P.O. Box 21126, Philadelphia, PA 19114-0326 |
| 517188301 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Mar 11 2022 20:20:41 | LVNV Funding, LLC its successors and assigns as, assignee of Arrow Financial Services,, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516983688 | + EDI: MID8.COM | | |
| | | Mar 12 2022 01:08:00 | Midland Credit Management, 8875 Aero Drive, Ste. 200, San Diego, CA 92123-2255 |
| 516983689 | EDI: MID8.COM | | |
| | | Mar 12 2022 01:08:00 | Midland Credit Management LLC, PO Box 60578, Los Angeles, CA 90060-0578 |
| 516983690 | + EDI: MID8.COM | | |
| | | Mar 12 2022 01:08:00 | Midland Credit Management LLC, PO Box 2011, Warren, MI 48090-2011 |
| 516983691 | + EDI: MID8.COM | | |
| | | Mar 12 2022 01:08:00 | Midland Funding, 8875 Aero Dr, San Diego, CA 92123-2255 |
| 516983693 | Email/Text: bankruptcypgl@plaingreenloans.com | | |
| | | Mar 11 2022 20:14:00 | Plain Green Loans, 93 Mack Road Suite 600, Box Elder, MT 59521 |
| 516983692 | + Email/Text: bankruptcypgl@plaingreenloans.com | | |
| | | Mar 11 2022 20:14:00 | Plain Green Loans, 93 Mack Rd Ste 600, Po Box 270, Box Elder, MT 59521-0270 |
| 516983694 | + EDI: JEFFERSONCAP.COM | | |
| | | Mar 12 2022 01:08:00 | Premier Bank, c/o Jefferson Capital Systems, PO Box 7999, Saint Cloud, MN 56302-7999 |
| 517142330 | + EDI: JEFFERSONCAP.COM | | |
| | | Mar 12 2022 01:08:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 516983696 | + EDI: RMSC.COM | | |
| | | Mar 12 2022 01:08:00 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 516983697 | + EDI: RMSC.COM | | |
| | | Mar 12 2022 01:08:00 | Synchrony Bank/ JC Penneys, Po Box 965007, Orlando, FL 32896-5007 |
| 516983700 | EDI: TFSR.COM | | |
| | | Mar 12 2022 01:08:00 | Toyota Motor Credit Co, 4 Gatehall Dr Ste 350, Parsippany, NJ 07054 |
| 516983698 | EDI: TFSR.COM | | |
| | | Mar 12 2022 01:08:00 | Toyota Motor Credit Co, Toyota Financial Services, Po Box 8026, Cedar Rapids, IA 52408 |
| 517130621 | + Email/Text: ToyotaBKNotices@nationalbankruptcy.com | | |
| | | Mar 11 2022 20:14:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 30

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517221612 | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |
| 516983684 | * | First Premier Bank, 601 S Minneaplois Ave, Dious FDalls, SD 57104 |
| 516983686 | *+ | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 516983701 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Motor Credit Co, 4 Gatehall Dr Ste 350, Parsippany, NJ 07054 |
| 516983699 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Motor Credit Co, Toyota Financial Services, Po Box 8026, Cedar Rapids, IA 52408 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

District/off: 0312-2                    User: admin                                    Page 3 of 3
Date Rcvd: Mar 11, 2022                 Form ID: 318                                    Total Noticed: 33

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2022                  Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David G. Beslow | on behalf of Debtor Johnny Sanchez yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;beslow.davidr64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;r64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jeffrey Thomas Testa | jtesta@mccarter.com  J118@ecfcbis.com,lrestivo@mccarter.com,agreen@mccarter.com |
| Mark Goldman | on behalf of Debtor Johnny Sanchez yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;GoldmanBeslowLLC@jubileebk.net |
| Rebecca Ann Solarz | on behalf of Creditor Toyota Motor Credit Corporation rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6